4/10/15

FILED

APR 10 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Amador GONZALEZ-Vega

Defendant.

Case No. 15MJ8346

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., § 1326
Deported Alien Found In the United States
(Felony)

Title 8, U.S.C. § 1325
Illegal Entry (Misdemeanor)

The undersigned complainant being duly sworn states:

COUNT I

On or about April 9, 2015, within the Southern District of California, defendant, Amador GONZALEZ-Vega, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557)), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

COUNT II

On or about April 9, 2015, within the Southern District of California, defendant, Amador GONZALEZ-Vega, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

ADAM L. HUNTER
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF APRIL 2015.

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Amador GONZALEZ-Vega

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) D. Jennings that defendant, Amador GONZALEZ-Vega (GONZALEZ), was found in the United States and arrested on April 9, 2015, near Calexico, California.

On April 9, 2015, at approximately 5:40 a.m., BPA K. Croft encountered GONZALEZ in the United States approximately 5 miles west of the Calexico West Port of Entry. BPA Croft identified himself as a BPA, and questioned GONZALEZ as to his citizenship. BPA Croft ascertained GONZALEZ is a citizen of Mexico without the proper documentation to remain, work, or reside in the United States legally. BPA Croft placed GONZALEZ under arrest.

Record checks revealed GONZALEZ was ordered removed, and was subsequently removed from the United States to Mexico on January 27, 2015.

There is no evidence showing GONZALEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.